JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUOYANG LONGDING ALUMINUM INDUSTRIES CO., LTD., a Chinese corporation,<br><br>Petitioner,<br><br>vs.<br><br>T J ALUMINUM CORPORATION, a California corporation,<br><br>Respondent. | Case No. 2:25-cv-11670-PD<br><br>**JUDGMENT** |

This matter having come before the Court upon Petitioner's Application for Entry of Default Judgment against Respondent T J Aluminum Corporation, and the Court having considered the moving papers and there being no opposition thereto:

IT IS HEREBY ORDERED that Petitioner's Application for Entry of Default Judgment is GRANTED, and judgment is hereby entered in favor of Petitioner Luoyang Longding Aluminum Industries Co., Ltd. ("Petitioner") and against Respondent T J Aluminum Corporation ("Respondent") as follows:

1. The Arbitral Award of the China International Economic and Trade Arbitration Commission, dated August 2, 2023 ("Arbitral Award"), which resolved Case No. R20222638 ("Arbitration") in all respects, is confirmed in all respects.

2. Respondent shall pay Petitioner US$5,207,959.12 for the delivered goods in accordance with the Arbitral Award.

3. Respondent shall pay Petitioner US$631,712.78 as compensation for delayed payment losses for the period from the due date of each invoice through August 31, 2022.

4. Respondent shall pay the delayed payment losses for each unpaid invoice for the period from September 1, 2022 through the date of actual payment, calculated in accordance with the Arbitral Award at the rate of LPR plus 50%.

5. Respondent shall pay Petitioner RMB 438,330 for the arbitration fees and RMB 330,000 for the attorneys' fees as awarded in the Arbitral Award.

6. Respondent shall pay Petitioner the filing fee incurred in this action in the amount of US$405.

7. Post-judgment interest shall accrue as provided by law.

IT IS SO ORDERED.

DATED: 08/26/2026

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE